# United States Court of Appeals
## For the First Circuit

No. 04-1999

RICARDO GARZA-LÓPEZ,

Petitioner,

v.

ALBERTO GONZÁLES,
UNITED STATES ATTORNEY GENERAL,

Respondent.

---

ERRATA SHEET

The per curiam opinion of this Court issued on July 20, 2005, is amended as follows:

On page 2, line 17, change the year "2001" to "2003".